

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mario Mata, Lily Mata, and/or All
Occupants of 2804 Hubbard Circle, Austin,
TX  78746, Appellants

No. 06-18-00033-CV        v.

Wells Fargo Bank, National Association, as
Trustee for SABR Trust 2004-OP1,
Mortgage Pass-Through Certificates, Series
2004-OP1, Appellees

Appeal from the County Court at Law No. 2
of Travis County, Texas (Tr. Ct. No. C-1-
CV-18-000434).    Memorandum Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Stevens, participating.

 As stated in the Court's opinion of this date, we find that the appeal should be dismissed

for want of prosecution.  Therefore, we dismiss the appeal.

 We further order that the appellants pay all costs of this appeal.

RENDERED JANUARY 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk